UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

In re:                                              )
                                                    )
CECIL PETE JONES                                    )
BELINDA FAYE NEWTON JONES,                          )        Case No. B- 26-50262 C-13W
                                                    )
                        Debtors.                    )

### TRUSTEE'S RESPONSE AND REQUEST FOR HEARING REGARDING  SANTANDER BANK'S  MOTION FOR RELIEF FROM THE STAY

Now comes Brandi L. Richardson, Trustee, through Counsel, who responds to the Motion for Relief from the Automatic Stay ("Motion") (Doc 22) filed by Santander Bank, N.A., ("Creditor") and respectfully shows the Court the following:

1. The Debtor filed a voluntary petition pursuant to Chapter 13 of Title 11 of the United States Code on April 7, 2026. The Plan was confirmed on July 8, 2026.

2. §5b of the confirmed Plan provides for the surrender of the 2020 Jeep Compass ("the Vehicle") to the Creditor. The Plan provides for the termination of the Automatic Stay pursuant to 11 U.S.C. §362(a) upon the filing of a timely proof of claim by the Creditor showing an unavoidable lien. The Creditor filed such a claim on May 5, 2026 (Claim 3).

3. The Motion seeks relief from the Automatic Stay to allow the Creditor to exercise its non-bankruptcy remedies with respect to the. Vehicle. The Trustee believes the Order Confirming the Plan has rendered this Motion moot.

4. Since the Motion is moot, the Trustee recommends that the Creditor's request for attorney compensation and costs be denied.

**WHEREFORE**, the Trustee prays that:

1. The Court hold a hearing on the Motion for Relief filed by the Creditor at 9:30 a.m. on August 5, 2026 in the United States Bankruptcy Court, first floor Courtroom, 601 West 4th Street, Suite 100, Winston-Salem, North Carolina;

2. The Motion be denied as moot;

3. The Creditor's request for Attorney Fees and costs be denied.

4. The Court grant such further and additional relief as it deems just and  proper.

Date: July 23, 2026                        s/ Vernon J. Cahoon
BLR/VJC/pc                                 Vernon J. Cahoon, SBN 13443
                                           Chapter 13 Staff Attorney
                                           Post Office Box 2115
                                           Winston-Salem, NC 27102
                                           (336) 722-1139
                                           vcahoon@chapter13ws.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| CECIL PETE JONES | ) | |
| BELINDA FAYE NEWTON JONES, | ) | Case No. B- 26-50262 C-13W |
| | ) | |
| Debtors. | ) | |

CERTIFICATE OF SERVICE

     **THIS IS TO CERTIFY** that the foregoing Response and Request for Hearing was served on the following parties by mailing a copy by first-class postage prepaid mail through the United States Postal Service addressed as follows:

CECIL PETE JONES
BELINDA FAYE NEWTON JONES
277 TOBACCO ROAD
LEXINGTON, NC 27295

WENDELL WES SCHOLLANDER III
SCHOLLANDER LAW OFFICES
514 S STRATFORD RD STE 317
WINSTON SALEM, NC 27103

EUDORA F.S. ARTHUR
ATTORNEY FOR SANTANDER BANK
WOMBLE BOND DICKINSON (US) LLP
555 FAYETTEVILLE STREET, SUITE 1100
RALEIGH, NC 27601

SANTANDER CONSUMER, USA, INC
PO BOX 961245
FORT WORTH, TX 76161

Date:  July 23, 2026               s/ Vernon J. Cahoon
BLR/VJC/pc                   Chapter 13 Staff Attorney